UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

     vs.

CLIFFORD SUTTER,

         **INDICTMENT**

         Defendant.

_____/

     The Grand Jury charges:

## COUNT 1
(Abusive Sexual Contact of a Minor)

Between in or about September 2018 and June 2019, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan, Defendant,

**CLIFFORD SUTTER,**

an Indian, knowingly engaged in and intentionally caused sexual contact with another person; that is, the intentional touching of the breasts of Minor Victim ("M.V."), a non-Indian, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person. At the time, M.V. had not attained the age of twelve years.

**18 U.S.C. § 2244(a)(5)**
**18 U.S.C. § 2241(c)**
**18 U.S.C. § 2246(3)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 2
(Sexual Abuse of a Minor)

In or about November 2019, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan, Defendant,

**CLIFFORD SUTTER,**

an Indian, knowingly engaged in a sexual act with another person; that is, the penetration of the genital opening of M.V., a non-Indian, by a hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.  At the time, M.V. had not attained the age of 16 years and was at least four years younger than Defendant.

**18 U.S.C. § 2243(a)**
**18 U.S.C. § 2246(2)(C)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 3
(Sexual Abuse of a Minor)

Between in or about October 2019 and April 2020, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan, Defendant,

**CLIFFORD SUTTER,**

an Indian, knowingly engaged in a sexual act with another person; that is, contact between the mouth of M.V., a non-Indian, and the penis of Defendant.  At the time, M.V. had not attained the age of 16 years and was at least four years younger than Defendant.

**18 U.S.C. § 2243(a)**
**18 U.S.C. § 2246(2)(B)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 4
(Sexual Abuse of a Minor)

Between in or about January 2021 and August 2021, in Chippewa County, on land held in trust by the United States for the use of the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan, Defendant,

**CLIFFORD SUTTER,**

an Indian, knowingly engaged in a sexual act with another person; that is, contact between the penis of Defendant and the anus of M.V., a non-Indian.  At the time, M.V. had not attained the age of 16 years and was at least four years younger than Defendant.

**18 U.S.C. § 2243(a)**
**18 U.S.C. § 2246(2)(A)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 5
(Abusive Sexual Contact of a Minor)

Between in or about March 2022 and September 2022, in Chippewa County,

on land held in trust by the United States for the use of the Sault Ste. Marie Tribe

of Chippewa Indians, in the Northern Division of the Western District of Michigan,

Defendant,

**CLIFFORD SUTTER,**

an Indian, knowingly engaged in and intentionally caused sexual contact with

another person; that is, the intentional touching of Defendant's penis by the hand of

M.V., a non-Indian, with an intent to abuse, humiliate, harass, degrade, and arouse

and gratify the sexual desire of any person.  At the time, M.V. had not attained the

age of 16 years and was at least four years younger than Defendant.

**18 U.S.C. § 2244(a)(3)**
**18 U.S.C. § 2243(a)**
**18 U.S.C. § 2246(3)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney