UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-22 |
| Plaintiff, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| CLIFFORD SUTTER, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for a status conference and arraignment on December 9, 2022, on an indictment charging him with three counts of sexual abuse of a minor and two counts of abusive sexual contact of a minor. Defendant currently has an active arrest warrant outstanding from Chippewa County, Michigan. Defendant reserved the issue of detention in this case pending disposition of the state warrant and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  December 9, 2022        /s/ *Maarten Vermaat*
                                MAARTEN VERMAAT
                                U.S. MAGISTRATE JUDGE